SUR PETITION FOR PANEL REHEARING WITH SUGGESTION FOR REHEARING IN BANC
June 27, 1996
The petitions of plaintiffs/appellees Robert A. Georgine, et al., on behalf of themselves and all others similarly situated, and of defendants/appellees Amehem Products, Inc. Ltd. (other than GAF Corporation) for rehearing having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges in active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the circuit judges of the circuit in regular active service not having voted for rehearing by the court in banc, the petition for rehearing is DENIED.
Judge SCIRICA would grant rehearing.